IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GARDNER,

        Plaintiff,                      No. 2:12-cv-01613 DAD P

   vs.

J. McCARTHY, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff, currently an inmate at the Solano County detention facility, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On April 1, 2013, the court filed an order dismissing plaintiff's complaint and granting him leave to file an amended complaint. (ECF #6.) The court's order was returned by the U.S. Postal Service as undeliverable and only recently plaintiff has filed a notice of change of address with the court. Under these circumstances, the court will now order plaintiff to file his amended complaint within thirty days.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, plaintiff shall file his amended complaint as set forth in the court's April 1, 2013 order;

        2. The Clerk of the Court is directed to provide plaintiff with a copy of the court's April 1, 2013 order and a copy of the court's form complaint for a § 1983 action; and

3. Plaintiff's failure to comply with this order will result in the dismissal of this action without prejudice.

DATED: July 1, 2013.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gard1613.eot